# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

MAR 2 5 2026

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
DEPUTY

United States of America,

PLAINTIFF,

CR 25-00604-JGZ-BGM

vs.

## *WITNESS LIST*

ROY LEE CHERRY JR.

DEFENDANT.

| PRESIDING JUDGE BRUCE G. MACDONALD | | COURTROOM DEPUTY BETH HARPER | | COURT REPORTER N/A Courtsmart | |
|---|---|---|---|---|---|
| HEARING DATE(S) MARCH 25, 2026 | | PLAINTIFF ATTORNEY(S) ARTURO A. AGUILAR | | DEFENDANT ATTORNEY(S) CLAY HERNANDEZ | |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | 3/25/2026 | 3/25/2026 | Matthew Manoogian ATF Special Agent | |
| 2 | | | | ✓ | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |